

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ISAIAH JACOB HOLMES,<br>　　　　　Plaintiff,<br><br>vs.<br><br>BEAUFORT COUNTY SHERIFF'S OFFICE,<br>SGT. G. HANSEN, CPL. A. KREMER,<br>OFFICER MCKENZIE, and UNKNOWN<br>OFFICER, *Beaufort County Sheriff's Office,*<br>　　　　　Defendants. | §<br>§<br>§<br>§　CIVIL ACTION NO.4:24-3575-MGL-TER<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING THE COMPLAINT WITHOUT PREJUDICE
AGAINST CERTAIN DEFENDANTS,
AND WITHOUT ISSUANCE AND SERVICE OF PROCESS**

　　Plaintiff Isaiah Jacob Holmes (Holmes) filed this lawsuit against Defendants Beaufort County Sheriff's Office, Sgt. G. Hansen, Cpl. A. Kremer, Officer McKenzie, and Unknown Officer, *Beaufort County Sheriff's Office.* Holmes is representing himself.

　　The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting to the Court Beaufort County Sheriff's Office and Unknown Officer be dismissed without prejudice and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

　　The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo

determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on September 12, 2024, but Holmes failed to file any objections.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72  advisory committee's note).  Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report, and incorporates it herein.  It is therefore the judgment of the Court Beaufort County Sheriff's Office and Unknown Officer are **DISMISSED WITHOUT PREJUDICE** and without issuance and service of process.

**IT IS SO ORDERED**.

Signed this 7th day of May, 2025, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****

### NOTICE OF RIGHT TO APPEAL

Holmes is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.